UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-81307-CV-MIDDLEBROOKS/BRANNON

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

      Plaintiff,
v.

VILLA VALENTINA REALTY LLC, and
VALENTINA AVED,

      Defendants.
_____/

## FINAL DEFAULT JUDGMENT

Pursuant to this Court's Order Granting Plaintiff's Motion for Entry of Final Default Judgment, it is hereby **ORDERED AND ADJUDGED** that:

(1) Final Default Judgment is entered in favor of Plaintiff and against Defendant Villa Valentina Realty LLC.

(2) Defendant Villa Valentina Realty LLC is **ORDERED** to pay Plaintiff in the amount of **$70,287.87**, plus prejudgment interest, consisting of:

    a. $64,500 in statutory damages under 17 U.S.C. § 504(c) resulting from Defendant Villa Valentina Realty LLC's willful infringement of Plaintiff's exclusive rights in the copyrighted Works;

    b. $5,787.87, consisting of $5,236.50 in attorney's fees and $551.37 in costs.

    c. Prejudgment interest on the total sum at the annual percentage rate calculated pursuant to 28 U.S.C. § 1961 from April 26, 2016 through the date of this judgment.

(3) Defendant Villa Valentina Realty LLC, its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any one or more of them, who receive actual notice by personal service or otherwise are hereby **PERMANENTLY RESTRAINED AND ENJOINED** from:

   a. directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from any of Plaintiff's copyrighted photographs or to participate or assist in any such activity; and/or

   b. directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photographs.

**DONE and ORDERED** in Chambers, in West Palm Beach, Florida, this 7 day of June, 2018, at ___:___ ___.m.

DONALD M. MIDDLEBROOKS<br>
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record