UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:17-cv-81307-DMM

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

      Plaintiff,

v.

VILLA VALENTINA REALTY LLC AND VALENTINA AVED,

      Defendants.

_____

FILED BY __PPC__ D.C.

APR 24 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CLAIM OF EXEMPTION AND REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

_____ 1. Head of family wages. (Check either a. or b. below, if applicable.)

_____      a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.

_____      b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.

_____ 2. Social Security benefits

_____ 3. Supplemental Security Income benefits.

_____ 4. Public assistance (welfare).

_____ 5. Workers' Compensation.

_____ 6. Reemployment assistance or unemployment compensation

_____ 7. Veterans' benefits.

_____ 8. Retirement or profit-sharing benefits or pension money.

_____ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

_____     10. Disability income benefits.

_____     11. Prepaid College Trust Fund or Medical Savings Account.

_____     12. Other exemptions as provided by law. _____(explain)

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: _3589 S Ocean Blvd #136 Palm Beach Fl 33480_

Telephone number: _1-866-877-543-7770_

**I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM FOR EXEMPTION AND REQUEST FOR HEARING** has been furnished by (circle one) (United States mail) or hand delivery on _____, to: Ms. Ana P. Moretto, SRIPLAW, 21301 Powerline Road, Suite 100, Boca Raton, Florida, 33433.

**I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY** that the statements made in this request are true to the best of my knowledge and belief.

_[signature]_                                    _APRIL 24, 2019_
Defendant's signature                             Date


**STATE OF FLORIDA**

**COUNTY OF** _____

Sworn and subscribed to before me this _____ day of _____, 2019, by

_____ (name or person making statement).


**Notary Public/Deputy Clerk**

☐ Personally Known

OR

☐ Produced Identification

Type of Identification Produced: _____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:17-cv-81307-DMM

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

        Plaintiff,

v.

VILLA VALENTINA REALTY LLC and
VALENTINA AVED,

        Defendants.

## MOTION FOR APPLICATION FOR WRIT OF GARNISHMENT

Judgment Creditor, AFFORDABLE AERIAL PHOTOGRAPHY, INC., by and through undersigned counsel, hereby makes application to the Clerk of the United States District Court to issue Writs of Garnishment in the above-referenced case to GODADDY.COM, LLC; GOOGLE LLC; VIILA VALENTINA REALTY 1 LLC; and LUXURY PROPERTIES INTERNATIONAL LLC; to satisfy a judgment against Judgment Debtor(s) herein, VILLA VALENTINA REALTY LLC and VALENTINA AVED, for $70,287.87, consisting of $64,500.00 in statutory damages under 17 U.S.C. § 504(c), attorney's fees consisting of $5,236.50, and $551.37 in costs, plus prejudgment interest on the total sum at the annual percentage rate calculated pursuant to 28 U.S.C. § 1961 from April 26, 2016. The total amount of payments made by judgment debtor(s) on this judgment is $0.

DATED: March 4, 2019        Respectfully submitted,

                                                  /s/ Joel B. Rothman
                                                  JOEL B. ROTHMAN
                                                  Florida Bar No. 98220

**SRIPLAW**
21301 POWERLINE ROAD, SUITE 100, BOCA RATON, FLORIDA, 33433

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on March 5, 2019, a true and correct copy of the foregoing document was served by US Mail to all parties listed below on the service list.

/s/ Ana P. Moretto
ANA P. MORETTO

## SERVICE LIST

Villa Valentina Realty LLC
Ms. Valentina Aved
3589 South Ocean Boulevard
Suite 136
Palm Beach Gardens, FL 33403
villavr1@gmail.com
Pro Se

*[Handwritten annotation: "I Never was served. V.A."]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:17-cv-81307-DMM

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

Plaintiff,

v.

VILLA VALENTINA REALTY LLC AND VALENTINA AVED,

Defendants.

## INTERROGATORIES TO GARNISHEE LUXURY PROPERTIES INTERNATIONAL, LLC

1. Prior to the service of the writ of garnishment, did Luxury Properties International, LLC have any funds or property belonging to the Judgment Debtor? If so, what is the disposition of the funds or property prior to the service of the writ of garnishment (i.e. were the funds or property transferred to a third party, the date of the transfer, and the institution and account numbers of the receipt of transfer)?

*[Handwritten answer:]* Luxury properties Int. was Not Indebted to defendants, Villa Valentina Realty and Valentina Aved, at the time of the Answer and/or at the time of service of the writ of Garnishment and/or at any time between such times. Furthermore Garnishee is Not aware of any other person indebted to →

I swear/affirm under the penalty of perjury that I have read the foregoing interrogatories and the answers given hereto are true and correct to the best of my knowledge and belief, and that no information has been withheld.

_____
Signature of Garnishee

*[Handwritten continuation:]* ✱ Defendants and/or who may be in possession or control of any of the property of Defendants. Prior to the service of the Writ of Garnishment, Luxury Properties Internat. did Not have any funds and/or property belonging to the Judgement Debtor.

**SRIPLAW**
21301 POWERLINE ROAD, SUITE 100, BOCA RATON, FLORIDA 33433

From: Valentina Aved
3589 S Ocean Blvd 136
Palm Beach FL 33480
of. 877-543-7770
direct 201 838 4838

1) Luxury properties Int. was not indebted to defendants, Villa Valentina Realty and Valentina Aved, at the time of the answer and/or the time of service of the writ of garnishment and/or at any time between such times. Futhermore, garnishee is not aware of any other person indebted to defendants and/or may be in possession or control of any of the property of defendants. Prior to the service of the writ of Garnishment, Luxury properties international did not have any funds and/or property belonging to the Judgement Debtor.

2) N/A

3) I am not associate with Villa Valentina Realty 1 LLC, it is completely diffrent ownership and entity.

4) Certificate of service was sent to the wrong address:

NB! {
Villa Valentina Realty LLC
3589 South Ocean Boulevard Suite 136
Palm Beach Gardens FL 33403
}

it is not legal address and not even exist on map. I receive open mail envelope actually only on April, 20, 2019 with envelope inside show return to sender who is actually claim delivery and service to me on march 5th 2019 Ana P. Moretto from Spir??? Firm 21300 Powerline Road, Suite 100, Boca Raton, FL 33433.

My correct address is:

3589 South Ocean Blvd #136
Palm Beach FL 33480

As such, I was never served and was completely unaware at any legal proceedings against me. Once I finally became aware of the legal proceeding and judgement, I search palm beach southern district of florida WPB record and the judgement was against Villa Valentina Realty was entered after company was dissolved. Villa Valentina Realty company was open in Jan 2005 and closed in November 14, 2017 and officially dissolved 02/23/18.

which was prior the judgement order
was issued. Attached is the evidence
that Villa Valentino Realty was
dissolved in state of Florida 01/23/2018
and it is public record.

Respectfully, Valentino Nieed,

[signature]

April 24, 2019.



Department of State / Division of Corporations / Search Records / Detail By Document Number /

## Detail by Entity Name

Florida Limited Liability Company
VILLA VALENTINA REALTY LLC

### Filing Information

| | |
|---|---|
| Document Number | L05000118913 |
| FEI/EIN Number | 43-2095412 |
| Date Filed | 12/13/2005 |
| State | FL |
| Status | INACTIVE |
| Last Event | VOLUNTARY DISSOLUTION |
| Event Date Filed | 02/23/2018 |
| Event Effective Date | 02/23/2018 |

# Articles of Dissolution
# For A Limited Liability Company

Please review the filing for accuracy and the fee to file. If you need to make corrections, use your browser 'BACK' button, make the necessary changes and use the 'CONTINUE' button again. The filing information will be updated exactly as you have entered it. Once you have submitted the information, your filing cannot be updated, removed cancelled or refunded.

**Name of Limited Liability Company**  VILLA VALENTINA REALTY LLC

**The Articles of Organization were filed on 12/13/2005 and assigned document number L05000118913.**

**Certified Copy Desired**     No
**Certificate of Status Desired**  Yes

### Correspondence E-mail Address

**E-mail address to whom correspondence should be e-mailed**

**E-mail Address**  HOME1080@AOL.COM

**Effective date of dissolution:**  02/23/2018

**A description of occurrence that resulted in the limited liability company's dissolution.**
COMPANY WAS CLOSED IN NOVEMBER 2017

### Mailing Address



Ms. Valentina Aved
3589 South Ocean Boulevard
#136
Palm Beach Gardens, FL 33410

endicia.com 30383
071V11485638
US POSTAGE $0.80
FIRST-CLASS
MAR 6 2019
Mailed from ZIP 33433

33433>2389

$0.8
FIRST
APR
Mailed
dicia.com

SRIPLAW
21301 Powerline Road, Suite 100
Boca Raton, FL 33433

Ms. Valentina Aved
3589 Soluth Ocean Boulevard
#136
Palm Beach, FL 33480